IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1520-SLR |
| | ) | |
| BAYER PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1521-SLR |
| | ) | |
| BOULEVARD INVEST, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1522-SLR |
| | ) | |
| CENTERCAL PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-1523-SLR |
| | ) | |
| GENERAL PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1524-SLR ) |
| IRVINE COMPANY, LLC, | ) ) ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1525-SLR ) |
| J.J. GUMBERG CO., | ) ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1526-SLR ) |
| LERNER CORPORATION, | ) ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1527-SLR ) |
| MADISON MARQUETTE RETAIL SERVICES, INC., et al., | ) ) ) |
| Defendants. | ) |

2

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| v. | ) Civ. No. 12-1528-SLR |
| | ) |
| SIMON PROPERTY GROUP, LP, | ) ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| v. | ) Civ. No. 12-1530-SLR |
| | ) |
| URBAN RETAIL PROPERTIES, LLC, | ) ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| v. | ) Civ. No. 12-1531-SLR |
| | ) |
| VF OUTLET, INC., | ) ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| v. | ) Civ. No. 12-1532-SLR |
| | ) |
| CONCESSION MANAGEMENT, LLC, | ) ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1570-SLR ) |
| GLIMCHER COLONIAL PARK MALL, INC., et al., | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1571-SLR ) |
| MACERICH PARTNERSHIP, LP, | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1572-SLR ) |
| SHORT HILLS ASSOCIATES, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1573-SLR ) |
| MOAC MALL HOLDINGS, LLC, | ) ) |
| Defendant. | ) ) |

4

PESCHKE MAP TECHNOLOGIES, )
LLC, )
 )
          Plaintiff, )
 )
     v. )          Civ. No. 12-1574-SLR
 )
VORNADO REALTY, LP, )
 )
          Defendant. )

## ORDER FOR SCHEDULING CONFERENCE

At Wilmington this 23rd day of April, 2013,

IT IS ORDERED that:

1. An **in-person** scheduling conference shall be held on **Thursday, May 30,**

**2013, at 2:30 p.m.** in courtroom 4B on the 4th Floor, Boggs Federal Building, 844 King

Street, Wilmington, Delaware. See D. Del. LR 16.1. The conference will be held by

telephone if the parties are able to submit an agreed upon plan with no areas of

dispute. Plaintiff's counsel shall coordinate and initiate the call to chambers.

2. Pursuant to the early disclosure requirements of Fed. R. Civ. P. 26(a)(1),

counsel shall immediately exchange the following information without formal discovery

requests:

> (a) identities of individuals likely to have knowledge of discoverable
> information that may be used to support the disclosing party's claims or
> defenses;
>
> (b) documents and things in the possession of counsel or the party
> that may be used to support the disclosing party's claims or defenses;
>
> (c) identities of experts and their opinions;
>
> (d) insurance agreements in force; and
>
> (e) statement of the basis for any damages claimed.

5

Counsel should **not** file any of the aforementioned with the court.

3. Prior to the teleconference scheduled herein, counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall submit a discovery plan to the undersigned not later than 24 hours prior to the conference with the court. The discovery plan shall conform to the form of scheduling order found on Judge Robinson's website at www.ded.uscourts.gov.

4. At the teleconference with the court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

5. If any party hereafter enters an appearance, counsel for plaintiff shall notify said party of the above conference and forward to that party a copy of this order.

6. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the above conference may be canceled.

7. Counsel are further advised that communications to the court by FAX will not be accepted.

United States District Judge